

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00236-CR

**RODRICK E. HARRIS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-63-C2**

## MEMORANDUM  OPINION

Rodrick Harris, who is in the county jail awaiting trial, represents himself in the underlying criminal proceeding.  Harris has filed a document detailing the problems that he has experienced at the county jail in obtaining discovery.  He complains that the administration of the county jail has violated his rights and, in doing so, has also compromised the integrity of the underlying criminal proceeding.  Harris requests that this Court provide him "the relief due this defendant."

The right of appeal in criminal cases is conferred by the Legislature, and a defendant may appeal only from judgments of conviction or interlocutory orders authorized as appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); TEX. R. APP. P. 25.2(a)(2); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("'[T]he standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law.'" (quoting *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008))). Harris is not appealing from a judgment of conviction or an appealable interlocutory order; therefore, we have no jurisdiction over his appeal.[1] *See Ragston*, 424 S.W.3d at 52; *see also Abbott*, 271 S.W.3d at 696-97. Accordingly, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed August 15, 2018
Do not publish
[CR25]



---

[1] To the extent Harris is seeking mandamus relief, he has not identified any trial court order or action from which he seeks relief, nor does he specify the particular relief he seeks from this Court. In addition, the document that Harris has filed fails to satisfy several other requirements of Rule of Appellate Procedure 52.3. *See* TEX. R. APP. P. 52.3.